Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CATHERINE A. EGER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Negligence — municipal corporations — streets — action to recover for injury from fall occasioned by defect in sidewalk — erroneous charge and refusal to charge.*

*Eger* v. *City of New York*, 206 App. Div. 718, affirmed.

(Argued October 16, 1924; decided November 25, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1923, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep the sidewalk on Bedford avenue in the city of Brooklyn in proper repair. Plaintiff, while walking along said street about ten-thirty at night stepped into a hole in the sidewalk and falling received the injuries complained of. The Appellate Division held that it was error for the trial court to charge that if the hole was less than four inches deep but was obscured by shadows a question of fact as to the liability of the city was presented and to refuse to charge that if the jury find the depression to have been less than four inches then the city was not liable.

*Ralph G. Barclay* and *Charles F. Hulseman* for appellant.

*George P. Nicholson, Corporation Counsel* (*Charles J. Druhan* and *Joseph P. Reilly* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

36